# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DWAYNE MARTEL THOMPSON,**
Appellant,

v.

**PLAYERS PLACE LAKESIDE, INC.** and **GLEN SUGARMAN, APEX ASSOCIATION MANAGEMENT, INC.,**
Appellees.

No. 4D17-188

[October 12, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE 14-017491 (25).

Dwayne Martel Thompson, Palm Bay, pro se.

Patrick Dervishi of Shir Law Group, P.A., Boca Raton, for appellees Glen Sugarman and Apex Association Management, Inc.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***